## CRAIG v. STATE.
### No. 19800.

Court of Criminal Appeals of Texas.
June 1, 1938.

Aldridge & Aldridge, of Farwell, for appellant.

## SANTANA v. STATE.
### No. 19817.

Court of Criminal Appeals of Texas.
June 1, 1938.

W. D. Colvin and G. Goodwin Sweatt, both of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for twenty-five years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.